### GOODE *vs.* HOLCOMBE AND WIFE.

[GARNISHMENT ON JUDGMENT.]

1. *Pre-requisites of final judgment against defaulting garnishee.*—To authorize a final judgment against a garnishee who has not answered, a

Dunn v. Davis.

judgment *nisi* must be first entered against him, and a *sci. fa.* thereon must be executed and returned, or two *sci. fa.'s* must be returned "not found" by the sheriff of the county in which the garnishment was executed.

APPEAL from the Circuit Court of Shelby.

The record does not show the name of the presiding judge.

HEFLIN & FORNEY, for appellant.

R. W. WALKER, J.—To authorize a final judgment against a garnishee, who has not answered, a judgment *nisi* must be first entered against him, and then a *scire facias* issued thereupon, must be executed and returned ; or two such notices must be returned "not found" by the sheriff of the county in which the garnishment was executed. Code, § 2545 ; *Lowry v. Clements*, 9 Ala. 422 ; *Wood v. Russell*, 22 Ala. 645 ; *Dew v. Bank*, 9 Ala. 323. In this case, the garnishee Goode did not answer ; and, without rendering the conditional judgment, and issuing the *scire facias* required by the statute, the court entered a final judgment against him. This was a fatal error.

Judgment reversed, and cause remanded.